# UNITED STATES DISTRICT COURT

for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| **BRIGHTVIEW LANDSCAPES, LLC**<br>*Plaintiff*<br>v.<br>**Roland Gabriel**<br>*Defendant* | ) | Civil Action No. 2:26 cv 04414 |

## AFFIDAVIT OF SERVICE

I, Shannon Day, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Roland Gabriel in Clermont County, OH on July 1, 2026 at 4:57 pm at 1562 Apple Tree Dr, Amelia, OH 45102-2188 by residential substituted service by leaving the documents at the usual place of abode of Roland Gabriel with Carol Gallagher who is the Parent of Roland Gabriel and whose age is 18 years or older.

SUMMONS
VERIFIED COMPLAINT, CIVIL COVER SHEET, EXHIBIT(S)
PLAINTIFF BRIGHTVIEW LANDSCAPES, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT
PLAINTIFF BRIGHTVIEW LANDSCAPES, LLC'S MOTION FOR PRELIMINARY INJUNCTION, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF BRIGHTVIEW LANDSCAPES, LLC'S MOTION FOR PRELIMINARY INJUNCTION, PROPOSED PRELIMINARY INJUNCTION ORDER
PLAINTIFF BRIGHTVIEW LANDSCAPES, LLC'S MOTION FOR EXPEDITED DISCOVERY, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF BRIGHTVIEW LANDSCAPES, LLC'S MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY, PROPOSED ORDER AUTHORIZING LIMITED EXPEDITED DISCOVERY IN AID PRELIMINARY INJUNCTION HEARING
WAIVER OF THE SERVICE OF SUMMONS
Race: White, Sex: Female, Est. Age: 55-64, Hair: Gray, Glasses: N, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' 3" to 5' 6".

Geolocation of Serve: https://google.com/maps?q=39.0378075152,-84.2136627751
Photograph: See Exhibit 1

Total Cost: $219.25

Shannon Day
Server Signature
Shannon Day
+1 (513) 226-8299

Subscribed and sworn to before me this 2 day of July, 2026 by Shannon Day
Server Name

Witness my hand and official seal.
Kenneth Day
Notary Public

My commission expires:
11-11-30

Notary Stamp

KENNETH DAY, NOTARY PUBLIC-STATE OF OHIO
MY COMMISSION EXPIRES 11/11/2030




Exhibit 1a)


Exhibit 1b)