**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIGHTVIEW LANDSCAPES, LLC | : | |
| | : | |
| Plaintiff. | : | |
| | : | |
| v. | : | Civil Action No. 2:26-cv-04414 |
| | : | |
| ROLAND GABRIEL | : | |
| | : | |
| | : | |
| Defendant | : | |

**ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of Plaintiff Brightview Landscapes, LLC in the above captioned action.

Respectfully submitted,

/s/ *Paul J. Greco*

Paul J. Greco, Esquire (ID No. 55770)
FISHER & PHILLIPS LLP
Two Logan Square
100 N. 18th Street – 12th Floor
Philadelphia, PA 19103
Tel. (610) 230-2146
Fax (610) 230-2151

*Attorneys for Plaintiff Brightview Landscapes, LLC*

Dated: July 15, 2026

**CERTIFICATE OF SERVICE**

I, Paul J. Greco, certify that on July 15, 2026, I caused a copy of the foregoing Entry of Appearance to be filed electronically, and the same is available for viewing and downloading from the ECF System by the following counsel of record:

Adam D. Brown, Esquire
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1104/1883
ADBrown@duanemorris.com

*Attorneys for Defendant,*
*Roland Gabriel*

/s/ Paul J. Greco
Paul J. Greco, Esquire