**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIGHTVIEW LANDSCAPES, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 2:26-cv-04414-KSM |
| ROLAND GABRIEL, | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL**

Plaintiff BrightView Landscapes, LLC and Defendant Roland Gabriel, having reached a separate Settlement Agreement, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **HEREBY STIPULATE**, through their respective undersigned counsel, that:

1. This matter is hereby **DISMISSED WITH PREJUDICE**, with each Party to bear its or his own attorneys' fees and costs**.**

2. Nothing in this Dismissal affects the rights of either Party to initiate a related action for breach of the Parties' separate Settlement Agreement.

**SO STIPULATED BY:**

/s/ *Paul J. Greco*
Paul J. Greco, Esquire
Andrew S. Gallinaro, Esquire
**FISHER & PHILLIPS LLP**
100 N. 18th Street – 12th Floor
Philadelphia, PA 19103
Tel. (610) 230-2146/2178
Email pgreco@fisherphillips.com
agallinaro@fisherphillips.com

*Counsel for BrightView Landscapes, LLC*

Dated: July 24, 2026

/s/ *Adam D. Brown*
Shannon Hampton Sutherland, Esquire
Adam D. Brown, Esquire
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Tel. (215) 979-1000 ext. 1104/1883
E-mail: SHSutherland@duanemorris.com
ADBrown@duanemorris.com

*Counsel for Roland Gabriel*

Dated: July 24, 2026